JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ONIK PAPOYAN,

        Petitioner,

      v.

JAMES JANECKA, WARDEN, ADELANTO ICE PROCESSING CENTER, et al.,

        Respondents.

No. 5:26-cv-03435-BFM

**JUDGMENT**

Pursuant to the Order Granting Petition (ECF 11), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted as to Claim One. Respondent reports that Petitioner has been released from Respondents' custody. (ECF 13.) The Court therefore directs the Clerk of Court to close this case.

DATED: __JULY 8, 2026__

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE